UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DOUGLAS FLEMING,                    :    CIV. NO.3:18cv02052
DOUGLAS P. FLEMING, LLC,            :
    Plaintiffs,                    :
                                    :
vs.                                 :
                                    :
CITY OF MIDDLETOWN,                 :
GOLDBERG SEGALLA, LLP,              :
SCOTT ORENSTEIN,                    :    DECEMBER 13, 2018
    Defendants.                    :

## **NOTICE OF REMOVAL**

TO:  The Judges of the United States District Court for the District of Connecticut

The CITY OF MIDDLETOWN, defendant in the case styled Douglas Fleming, et al. v. City of Middletown, et al., Docket No. WWM-CV18-6015847-S, in the Superior Court of Putnam, Judicial District of Windham, Connecticut, respectfully files this Petition of Removal to the United States District Court for the District of Connecticut.

1.  The claims against defendant were initiated by plaintiffs' complaint, dated November 18, 2018.  The defendant was served in the manner provided by statute on or about November 27, 2018, and this petition is brought within thirty days of that service.  This Petition of Removal is therefore timely.

2.    This Court has subject matter jurisdiction regarding this matter pursuant to 28 U.S.C. §1331.  Plaintiffs have alleged in Count Three of the complaint that their civil rights were violated under 42 U.S.C. §1983.

3.    All of the pleadings and orders served on the defendant in the State Court action are attached hereto.

4.    All defendants have consented to the removal of this action.

WHEREFORE, petitioner prays that the above action now pending against it in the Superior Court of the State of Connecticut, in the Judicial District of Windham at Putnam be removed to this Court.

DEFENDANT, CITY OF MIDDLETOWN

BY/ss/ James N. Tallberg
    James N. Tallberg
    Federal Bar No.: ct17849
    Karsten & Tallberg, LLC
    500 Enterprise Dr., Suite 4B
    Rocky Hill, CT 06067
    T: (860)233-5600
    F: (860)233-5800
    jtallberg@kt-lawfirm.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed postage pre-paid and electronically, this 13th day of December, 2018, to the following parties:

Douglas Fleming, Pro Se
369 Scotland Road
Windham, CT 06280

Jonathan Whitcomb, Esq.
Diserio Martin O'Connor & Castiglioni, LLP
1 Atlantic Street
Stamford, CT 06901
jwhitcomb@dmoc.com

Edward Bona, Esq.
P.O. Box 13
Plainfield, CT 06374
Edward-bona@comcast.net

/ss/ James N. Tallberg
James N. Tallberg